# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOHN HENRY,
        Petitioner,

    v.                               Case No. 11-CV-00202

WILLIAM POLLARD, Warden,
Waupun Correctional Institution,
        Respondent.

## ORDER

Petitioner John Henry brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, and I denied it on the merits. Pursuant to Rule 11 of the Rules Governing § 2254 Cases, I must decide whether to issue a certificate of appealability ("COA"). In order to obtain a COA, petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). I find that petitioner has not made the required showing.

**THEREFORE, IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated at Milwaukee, Wisconsin, this 5th day of September 2012.

                                              s/ Lynn Adelman

                                              _____
                                              LYNN ADELMAN
                                              District Judge